**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released the week prior to October 2, 2018)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-17-853 | State v. Ross |
| A-17-1071 | Hamburger v. Hamburger |
| A-17-1148 | State v. Estell |
| A-17-1289 | State v. Stoltenberg |
| A-18-001 | In re Interest of Summer C. |
| A-18-331,<br>A-18-332 | State v. Randolph |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.